US DISTRICT COURT
WESTERN DIST ARKANSAS
FILED

IN THE UNITED STATES DISTRICT COURT

FOR THE WESTERN DISTRICT COURT OF ARKANSAS NOV 01 2021

JAMIE GIANI, Clerk

By

Deputy Clerk

| | | |
|---|---|---|
| ROLAND MUNIZ | § | CIVIL ACTION |
| Plaintiff, | § | 2:21cv2182 |
| Vs. | § | |
| STEVEN ERVIN | § | |
| Defendant | § | |

## PLAINTIFF'S COMPLAINT FOR THE VIOLATION OF CONSTITUTIONAL AND CIVIL RIGHTS

### Statement of The Case

The Plaintiff, Roland Muniz ("the Plaintiff") files this complaint for an injunction and damages against Ervin ("the Defendant"), as follows:

### I. SUMMARY OF COMPLAINT

1) The Plaintiff's case is founded on the Defendant's violation of Constitutional Rights as enshrined under United States Constitution. The Plaintiff avers that the Defendant has been bullying, harassing and racially discriminating against him.

2) The Plaintiff further avers that the Defendant has been engaging in office and professional misconduct by denying the Plaintiff's equal treatment during probation visitation.

3) The Plaintiff avers that the Defendant undermined the integrity of the judicial system by making false entries into the Plaintiff's records.

4) The Plaintiff avers that the Defendant violated his civil rights by bullying the Plaintiff into turning in drugs that the Plaintiff did not use.

5) The Plaintiff avers that the Defendant violated his civil rights by constantly threatening him to join a drug rehabilitation program if he did not turn in non-existent drugs.

6) The Plaintiff avers that the Defendant violated his constitutional rights by threatening to make an entry of non-compliance where the Plaintiff did not accept to join a drug rehabilitation program.

7) The Plaintiff avers that the Defendant deprived his liberty by forcing him to report to the probation office more times that it is required by the court's order.

8) The Plaintiff avers that the Defendant deprived his civil rights when the Defendant acted unlawfully when he failed to take note that the Plaintiff was under prescribed medication which altered the urine tests results.

9) The Defendant intentionally inflicted emotional distress upon the Plaintiff when he refused to take into account of the Plaintiff's prescribed medication which made the test results to reflect positive for pot use.

10) The Plaintiff avers that the Defendant violated his fourth amendment rights when they paid the Plaintiff an unofficial visit at his place of residence and disconnected the security camera system and made their way into private quarters without permission.

11) Despite the Plaintiff submitting an official grievance against the Defendant, the Plaintiff's constitutional rights were violated since his complaint are yet to be acted upon and the harassment is still ongoing.

12) The Plaintiff avers that the Defendant acted unlawfully when they destroyed or did not make an official entry into their records in form of a grievance from the Plaintiff.

13) The Plaintiff avers that the Defendant is in continual violation of his liberty and constitutional rights by making it difficult for him to report to work by bullying him into checking into a 28-day drug rehabilitation program which will jeopardize his ability to earn a living and support his family and other dependents.

14) The Plaintiff asserts that he is not a criminal nor a repeat offender, as such he wishes to be treated as an innocent law-abiding citizen.

15) The Plaintiff avers that he is a peace loving and law-abiding citizen that wishes to live a peaceful life free of police harassment, threats and intimidation.

16) The Plaintiff avers that the Defendants violated his constitutional right to be free from unreasonable searches when the Defendant visited the Plaintiff and made an unpermitted walk around his house and proceeded to disconnect the security camera at the front porch.

17) Upon being served with the Plaintiff's grievance which included footage of the defendant making unpermitted and unauthorized visit to the Plaintiff's house, the Defendants violated the Plaintiff's constitutional rights by:

a) Failing to act on the complaint submitted; and

b) Denying having received the grievances

c) Destroying the evidence of submitted grievances

18. The Plaintiff demands for fair treatment, free from probation officer harassment and justice.

## II. APPLOCABLE LAW

The applicable laws are:

42 U.S.C. § 1983, under The Civil Rights Act of 1871

Title 42 of the U.S Code, § 1983, civil Action for the Deprivation of Rights;

Title 42 of the U.S Code, § 1985, Conspiracy to Interfere with Civil Rights; and

Title 42 of the U.S Code, § 1981, Equal Rights Under the Law

## III. ARGUMENT

**The Plaintiff has established violation of his constitutional and civil rights by the Defendant**

The evidence adduced by the Plaintiff is in form of video footage, entries of failed tests despite tabling prescribed medication.

## IV. CONCLUSION

The Defendant has no legal reasons to deprive the Plaintiff off his constitutional and civil rights as a law-abiding citizen. Further the Defendant was to make unofficial visits to the Plaintiff's house and order him to make un programmed trips to the parole office. The bullying, harassment and constant intimidation from the Defendant is unwarranted and has caused the Plaintiff and his family mental anguish and emotional distress for the constant fear and anxiety as the Plaintiff risks losing his employment and income if he acquiesced to the Defendant's unlawful demands.

**WHEREFORE**, for the foregoing reasons, the Plaintiff respectfully requests that that Court grant its Complaint prayers:

a) Find the Defendant in violation of the Plaintiff's constitutional rights.

b) An injunction against the Defendant to stop harassing, bullying, intimidating and threatening the Plaintiff.

c) Defendant to take official note of the Plaintiff's medical prescription and change the failed drug tests results which were caused the aforesaid prescribed medication.

d) Any further or other relief that the Court deems fit and just to grant.

Respectfully submitted,

Roland Muniz,

2728 Happy Lane

72949 Ozark, Arkansas

479-213-3123

a.muniz1421@hotmail.com

By Abby Muniz for the Plaintiff.